# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| VAMINDHAR VURIMINDI, | : No. 44 EM 2015 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, CLERK OF COURT, COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.